IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| TECHNOLOGY FUNDING GROUP, L.L.C., a Delaware Limited Liability Co.,<br><br>Plaintiff,<br><br>vs.<br><br>THE FIRST WESTERN BANK OF STURGIS, South Dakota Corporation,<br><br>Defendants. | CIV. 07-5081-KES<br><br>**STIPULATION** |

The parties, through their respective counsel, in good faith, hereby stipulate and jointly agree that Plaintiff shall have until January 9, 2008 in which to file a response to Defendant's Motion for Partial Summary Judgment re: Collateral Estoppel and Res Judicata. This request was discussed between Plaintiff's counsel and Defendant's counsel on December 16, 2008, and based upon Plaintiff's counsel current schedule, and unforeseen other obligations which have arisen, Defendant's counsel indicated that he did not have an objection to some additional time to respond over the holiday season. The parties respectfully request that this Court in its discretion allow the Plaintiff such additional time as stipulated to by the parties.

Dated this 17th day of December, 2008.                    Dated this 17th day of December, 2008.

CLAYBORNE, LOOS, STROMMEN                                  BANGS MCCULLEN LAW FIRM
& SABERS, LLP

_____                            _____
Michael K. Sabers                                          Terry Hofer
Attorney for Plaintiff                                     Attorney for Defendants
P.O. Box 9129                                              P.O. Box 2670
Rapid City, SD 57709-9129                                  Rapid City, SD 57709-2670

Dated this ___ day of December, 2008

                                                           BY THE COURT:

ATTEST:
Clerk of Courts                                            _____
                                                           Honorable Karen E. Schreier
By:_____                         Chief Judge
   Deputy Clerk