UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY FUNDING GROUP, L.L.C., a Delaware limited liability Company | ) ) ) ) | Civil No. 07-5081 |
| Plaintiff, | ) ) | **FIRST WESTERN BANK'S** |
| vs. | ) ) ) | **MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIDUCIARY DUTY CLAIM** |
| THE FIRST WESTERN BANK OF STURGIS, a South Dakota corporation | ) ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 56, Defendant, The First Western Bank of Sturgis ("First Western Bank"), moves the Court for partial summary judgment on the fiduciary duty claim. First Western Bank supports its motion with a statement of undisputed material facts, the affidavit of John E. Johnson, a brief and the record.

Dated this 10th day of February, 2009.

                                       BANGS, MCCULLEN, BUTLER
                                       FOYE & SIMMONS, L.L.P.


                                BY:   */s/ Terry L. Hofer*
                                              TERRY L. HOFER
                                              Attorney for Defendant
                                              *Filed Electronically*
                                              P.O. Box 2670
                                              Rapid City, SD 57709-2670
                                              thofer@bangsmccullen.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused true and correct copies of this legal document to be served upon each of the persons identified below as follows:

>Michael K. Sabers
>mikesabers@clsglawoffice.com
>
>Courtney R. Clayborne
>cclay444@aol.com

[ ] First Class Mail      [ ] Overnight Mail
[ ] Hand Delivery      [ ] Facsimile
[X] Electronic Mail via the CM/ECF system

Dated this 10th day of February, 2009.

>*/s/ Terry L. Hofer*
>TERRY L. HOFER
>*Filed Electronically*