IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY FUNDING GROUP, L.L.C., a Delaware Limited Liability Co. | ) ) ) | CIV. 07-5081-AWB |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION FOR** |
| vs. | ) ) | **PARTIAL SUMMARY** **JUDGMENT ON FRAUDULENT** |
| THE FIRST WESTERN BANK OF STURGIS, South Dakota Corporation, | ) ) ) ) | **MISREPRESENTATION CLAIM, ON** **TORTIOUS INTERFERENCE WITH** **BUSINESS RELATIONS OR** **EXPECTANCY CLAIM, AND ON** |
| Defendants. | ) ) ) | **THE NEGLIGENT** **MISREPRESENTATION CLAIM** |

Pursuant to Fed. R. Civ. P. 56, Plaintiff, Technology Funding Group, L.L.C. ("TFG"), moves the Court for a partial summary judgment on the fraudulent misrepresentation claim, a partial summary judgment on the tortious interference with business relations or expectancy claim, and for a partial summary judgment on the negligent misrepresentation claim. TFG supports its motion with a statement of undisputed material facts, a brief and the record.

Dated this _____ day of October, 2009.


/ s / Michael K. Sabers
Michael K. Sabers
Clayborne, Loos, Strommen & Sabers, LLC
2834 Jackson Blvd, Suite 201
Rapid City, SD 57702
(605) 721-1517

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of **Plaintiff's Motion for Partial Summary Judgment on the Fraudulent Misrepresentation Claim, a Partial Summary Judgment on the Tortious Interference with Business Relations or Expectancy Claim, and for a Partial Summary Judgment on the Negligent Misrepresentation Claim** upon the person(s) next designated below:

> Terry Hofer
> First Western Gateway
> 333 West Blvd, Suite 400
> PO Box 2670
> Rapid City, SD 57709

Dated this _____ day of October, 2009.

/ s /   Michael K. Sabers
Michael K. Sabers