UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY FUNDING GROUP, L.L.C., a Delaware Limited Liability Company, | ) ) ) | CIV. 07-5081-JLV |
| Plaintiff, | ) ) ) ) | ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT |
| vs. | ) ) ) | AGREEMENT AND COMPLETE RELEASE |
| THE FIRST WESTERN BANK OF STURGIS, a South Dakota Corporation, | ) ) ) | OF ALL CLAIMS |
| Defendant. | ) ) | |

Defendant, The First Western Bank of Sturgis ("First Western Bank"),

and Plaintiff, Technology Funding Group, LLC ("Technology Funding"), jointly

moved this Court for approval of an executed *Settlement Agreement and*

*Complete Release of All Claims* (Docket 96-2), attached and incorporated as

Exhibit 1 to the Joint Motion for Approval. (Docket 96). This Court has

reviewed the record in this matter. Accordingly, the Court finds and

concludes as follows:

1.      The parties settled this case on February 5, 2010;

2.      The parties confirmed in writing the settlement of this case by

executing a *Settlement Agreement and Complete Release of All Claims* (Docket

96-2), attached and incorporated as Exhibit 1 to the Joint Motion for

Approval. (Docket 96);

3.      Technology Funding alleged in its <u>Complaint</u> (Docket 1) and

<u>Amended Complaint</u> (Docket 53) that it purchased from the bankruptcy

estate, pursuant to section 363 of the Bankruptcy Code and the

court-approved Amended Asset Purchase Agreement (Hon. Robert J. Kressel,

February 28, 2007), the purchased assets of Dakota Arms, Inc., a Minnesota

corporation, including the right to pursue all legal actions. <u>In re: Dakota</u>

<u>Arms, Inc., Debtor</u>, Case No. BKY 06-41315-RJK (United States Bankruptcy

Court, District of Minnesota);

4.      Pursuant to the parties' settlement, First Western Bank provided

reasonable and appropriate notice of this settlement to the Bankruptcy

Trustee, Julia A. Christians, Minneapolis, Minnesota;

5.      The parties and the Trustee, by and through their respective

counsel, specifically addressed and agreed upon the issues as may relate to

the Trustee's interest in the settlement funds of this case, as evidenced by the

*Stipulation Concerning Settlement Proceeds and Bankruptcy Court Order*

approving the Stipulation, attached and incorporated as <u>Exhibit 2</u> to the <u>Joint</u>

<u>Motion for Approval</u>. (Docket 96-3); and

6.      The parties have agreed, as part of this settlement, that First

Western Bank and St. Paul Mercury Insurance Company shall pay the

settlement funds by wire transfer in immediately available funds to the

2

"Clayborne, Loos & Sabers, LLP Trust Account, Attorneys for Technology
Funding Group, LLC."

Accordingly, based upon the record and good cause appearing, it is

ORDERED that the Joint Motion for Approval of Settlement Agreement
and Complete Release of All Claims (Docket 96) be, and the same is hereby,
granted.

IT IS FURTHER ORDERED that the settlement of this case and the
executed *Settlement Agreement and Complete Release of All Claims*(Docket 96-
2) attached and incorporated as Exhibit 1 to the Joint Motion for Approval
(Docket 96) is authorized and approved in all respects.

IT IS FURTHER ORDERED that First Western Bank and its insurer, St.
Paul Mercury Insurance Company, are authorized and approved to pay the
settlement funds by wire transfer in immediately available funds to the
"Clayborne, Loos & Sabers, LLP Trust Account, Attorneys for Technology
Funding Group, LLP," pursuant to the *Settlement Agreement and Complete
Release of All Claims* (Docket 96-2) and the *Stipulation Concerning Settlement
Proceeds and Bankruptcy Court Order*(Docket 96-3), attached and
incorporated as Exhibits 1 and 2 to the Joint Motion for Approval.  (Docket
96).

IT IS FURTHER ORDERED that this Court finds and concludes that
First Western Bank and its insurer, St. Paul Mercury Insurance Company,

3

with reasonable and appropriate notice to the Bankruptcy Trustee and with payment of the settlement funds by wire transfer in immediately available funds to the "Clayborne, Loos & Sabers, LLP Trust Account, Attorneys for Technology Funding Group, LLC," have discharged any and all obligations First Western Bank and its insurer, St. Paul Mercury Insurance Company, may have to the Bankruptcy Trustee in this matter.

Dated February 25, 2010.

BY THE COURT:

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE