UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY FUNDING GROUP, L.L.C., a Delaware Limited Liability Company, | ) ) ) ) | CIV. 07-5081-JLV |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| THE FIRST WESTERN BANK OF STURGIS, a South Dakota Corporation, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for order of dismissal (Docket 98), and good cause appearing, it is hereby

ORDERED that this matter is dismissed on the merits, with prejudice, each party to bear their own costs.

Dated March 3, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE